FILED
May 13, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____LAD_____
Deputy



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

6:25-CR-00139

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff | INDICTMENT |
| v | [COUNT ONE: 21 U.S.C. 846 {21 U.S.C. 841(a)(1) & 841(b)(1)(A)(viii); 21 U.S.C. 841(a)(1) & 841(b)(1)(B)(viii)} -- Conspiracy to Distribute Methamphetamine, a Schedule II Controlled Substance] |
|  ( 7) CARL MICHAEL SNELLINGS, JR. | |
| Defendants | |

THE GRAND JURY CHARGES:

Beginning on or about August 1, 2023, and continuing until on or about September 16, 2024, the exact dates unknown to the Grand Jury, in the Western District of Texas and elsewhere, Defendants,



**CARL MICHAEL SNELLINGS, JR.**



did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together and with each other and others, to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to distribute at least 500 grams of Methamphetamine, a Schedule II Controlled Substance, in the quantities set forth below, contrary to Title 21, United States Code, Section 841(a)(1).

**QUANTITY OF CONTROLLED SUBSTANCE INVOLVED IN THE CONSPIRACY**

The quantity of the mixture or substance containing Methamphetamine involved in the conspiracy and attributable to each Defendant as a result of each Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to each Defendant is as follows:

| DEFENDANT | QUANTITY | STATUTE |
|---|---|---|
| CARL MICHAEL SNELLINGS, JR. (#7) | At least 50 grams | 21 U.S.C. § 841(b)(1)(B)(viii) |



All in violation of Title 21, United States Code, Section 846.

A TRUE BILL



FOREPERSON

MARGARET F. LEACHMAN
ACTING UNITED STATES ATTORNEY

By: _____
MARY F. KUCERA
Assistant United States Attorney